**Leonard C. GILLIAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 99208.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 22, 2013.

Maleaner R. Harvey, St. Louis, MO, Attorney for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Attorney General, Jefferson City, MO, Attorney for Respondent.

Before LAWRENCE E. MOONEY, P.J. and ROBERT G. DOWD, JR. and SHERRI B. SULLIVAN, JJ.

## ORDER

PER CURIAM.

Leonard Gilliam ("Movant") appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant argues the motion court clearly erred in denying his Rule 24.035 motion for post-conviction relief because his plea counsel was ineffective for pressuring him to plead guilty even though he proclaimed his innocence and desire to go to trial.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).